UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

MARY JOHNSON, *on behalf of herself and all others similarly situated*,

Plaintiffs,

v.

CENTRAL KENTUCKY RADIOLOGY,

Defendant.

Civil No.: 5:25-cv-00215-GFVT-MAS

**ORDER**

*** *** *** ***

This matter is before the Court on the Plaintiffs' Notice of Dismissal. [R. 59.] Plaintiff requests that her claims be dismissed without prejudice. *Id.* *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiffs' Notice of Dismissal **[R. 4]** is **GRANTED**;
2. All claims in this matter against Defendant Central Kentucky Radiology are **DISMISSED without prejudice** with each party to bear its own fees and costs; and
3. All claims against all parties having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 7th day of July, 2025.

Gregory F. Van Tatenhove
United States District Judge